# PATRICK J. CERILLO, LLC
## ATTORNEY AT LAW

| | | |
|---|---|---|
| PATRICK J. CERILLO*, Esq. | 4 WALTER FORAN BLVD | BASKING RIDGE OFFICE |
| *pjcerillolaw@comcast.net* | SUITE 402 | 88 SOUTH FINLEY AVENUE |
| *Qualified Family Mediator per R. 1:40 | FLEMINGTON, NJ 08822 | BASKING RIDGE, NJ 07920 |
| | VOICE: (908) 284-0997 | |
| | FAX: (908) 284-0915 | **REPLY TO:** |
| | | FLEMINGTON OFFICE |

May 7, 2018

**VIA ELECTRONIC FILING**
The Honorable Robert B. Kugler, D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Street
Camden, New Jersey 08101

Re: Malibu Media v. John Doe 72.82.149.51
Case No: 1:18-cv-08054-RBK-JS

Dear Judge Kugler:

  In connection with the above referenced matter, please be advised that document number 5 on the Docket is a Motion for Leave to Serve a Third Party Subpoena prior to a Rule 26 (f) Conference, which was inadvertently filed under the wrong docket number.

  Please disregard the same as it does not belong under this docket number. The correct Motion was already filed in this matter under document number 4.

        Very truly yours,
        */s/ Patrick J. Cerillo*

        Patrick J. Cerillo

PJC: cpf
cc: Malibu Media

PJC: ADMITTED TO THE BAR OF THE STATE OF NEW JERSEY; ALSO ADMITTED TO FEDERAL DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY; ALSO A MEMBER OF THE BAR OF THE UNITED STATES SUPREME COURT.